12833

MEYER *ET AL.* v. CHRIST CHURCH *ET AL.*

(153 S. E., 741)

416

418

*Messrs. Bussey & Brown,* for appellant,

*Mr. James B. Heyward,* for respondents,

February 11, 1930.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

The Court is entirely satisfied with the circuit decree in this case, and it is accordingly affirmed.

MR. CHIEF JUSTICE WATTS, and MESSRS. JUSTICES BLEASE, STABLER and CARTER concur.